# Third District Court of Appeal
## State of Florida

Opinion filed May 8, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1480
Lower Tribunal No. F93-15636A
_____

**Nathaniel Daily,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See LaFleur v. State, 812 So. 2d 545, 546 (Fla. 4th DCA

2002) (citing <u>Horn v. State</u>, 775 So. 2d 1007, 1007 (Fla. 3d DCA 2001)); <u>Daily</u>

<u>v. State</u>, 658 So. 2d 1001 (Fla. 3d DCA 1995) (table).